UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TOYLAWUD TON TON GALTOGBAH,<br>Plaintiff | CIVIL DOCKET NO. 1:19-CV-00766-P |
| VERSUS | JUDGE DRELL |
| ASST. WARDEN BLANCHARD, *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Complaints (Docs. 1, 8) are hereby DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 21st day of November, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE